**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 04-6738**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MICHAEL A. GINDRAW,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of South Carolina, at Anderson. Margaret B. Seymour, District Judge. (CR-01-661; CA-03-2321)

─────────────

Submitted: July 30, 2004          Decided: August 10, 2004

─────────────

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Michael A. Gindraw, Appellant Pro Se. Isaac Louis Johnson, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Greenville, South Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael A. Gindraw seeks to appeal the district court's order granting the Government's motion for summary judgment on his 28 U.S.C. § 2255 (2000) motion. We have independently reviewed the record and conclude that Gindraw has not made a substantial showing of the denial of a constitutional right. See Miller-El v. Cockrell, 537 U.S. 322, 336 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED